UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| AARON BERKOWITZ, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:14-CV-91 |
| | § | |
| FARMER GROUP, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within sixty (60) days after the entry of this order.

**It is so Ordered.**

SIGNED this 4th day of September, 2014.

_____
Gregg Costa
United States Circuit Judge[*]

---

[*] Sitting by designation